**Order filed March 28, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01078-CV
_____

### LEONCIO ESPAILLAT AKA LEONARDO ESTRELLA AKA FRANKLIN BRUGAL, Appellant

### V.

### MICHAEL WEST, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF FLOYD WILSON, Appellee

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-48389**

---

# O R D E R

The record in this appeal was due on or before December 27, 2012. Appellant requested and was granted a 60-day extension of time to file the record until February 25, 2013. The record was not filed. On March 5, 2013, the court issued a notice that the record was past due. The Harris County District Clerk advised this court that appellant had not paid for preparation of the record. On

March 12, 2013, the court notified appellant that the appeal was subject to dismissal unless appellant provided proof of payment for the clerk's record by March 27, 2013. *See* Tex. R. App. P. 37.3(b).

Appellant did not respond to this court's notice. Instead, appellant filed a motion to partially dismiss his appeal. He asserts that he wishes to dismiss the portion of the appeal "having any relationship to the Property" described in the motion. Appellant asserts that the property issues are severable from the appeal.

In the absence of the clerk's record in this appeal, the court lacks sufficient information to grant appellant's request. Instead of a requesting a partial dismissal, an appellant may raise issues in his brief to challenge only portions of the judgment being appealed.

The appeal is subject to dismissal unless appellant makes arrangement to pay for preparation of the clerk's record so that it is filed in this court. *See* Tex. R. App. P. 37.3(b). In addition, our records reflect that appellant has not paid the $175.00 appellate filing fee in this case. On December 13, 2013, this court notified appellant that the filing fee was past due. No response was filed.

Accordingly, we **ORDER** appellant to pay the $175.00 appellate filing fee to the clerk of this court on or before **April 15, 2013.** We also **ORDER** appellant to provide this court with proof of payment for preparation of the clerk's record and see that the record is filed in this appeal on or before **April 15, 2013.** If appellant does not comply with this order, the appeal will be dismissed.

PER CURIAM

2